UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

ANDRES F. ROBELO AND
LINA M. VILLEGAS

Case No.: 17-10684-JKS

Chapter: 7

Judge: John K. Sherwood

## NOTICE OF PROPOSED ABANDONMENT

David Wolff, Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

United States Bankruptcy Court
50 Walnut Street
3rd Floor
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable John K. Sherwood on March 14, 2017 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3D. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:

Real property located at 728 Sheridan Avenue, Roselle, New Jersey

Value: $165,900.00

Liens on property:

Homebridge Mortgage

$138,000.00

Amount of equity claimed as exempt:

$30,367.09

Objections must be served on, and requests for additional information directed to:

Name: David Wolff, Trustee

Address: 396 Route 34, Matawan, New Jersey 07747

Telephone No.: (732) 566-1189

rev.8/1/15

United States Bankruptcy Court
District of New Jersey

In re:
Andres F Robledo
Lina M Villegas
       Debtors

Case No. 17-10684-JKS
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Feb 14, 2017
                  Form ID: pdf905    Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2017.
```
db/jdb         +Andres F Robledo,   Lina M Villegas,    728 Sheridan Avenue,   Roselle, NJ 07203-2240
516590177       Avant, Inc.,   PO Box 083380,   Chicago, IL 60691-3380
516590178       Bank of America,   PO Box 15019,   Wilmington, DE 19886-5019
516590179       Blue Sky American Express,   PO Box 1270,   Newark, NJ 07101-1270
516590180       Cardmember Service,   PO Box 1423,   Charlotte, NC 28201-1423
516590182       Macys American Express,   PO Box 9001108,   Louisville, KY 40290-1108
516590183       Sam's Club MC/Syncv,   PO Box 960013,   Orlando, FL 32896-0013
516590184      +Toyota Financial Services,   PO Box 4102,   Carol Stream, IL 60197-4102
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 14 2017 23:07:57     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 14 2017 23:07:52     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
                                                                                              TOTAL: 2
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516590181       Homebridge Mortgage
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2017                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2017 at the address(es) listed below:
```
              David   Wolff    dwtrustee@verizon.net, NJ50@ecfcbis.com
              David C. Russo    on behalf of Joint Debtor Lina M Villegas lawyerrusso@optonline.net,
               deannabuss@gmail.com
              David C. Russo    on behalf of Debtor Andres F Robledo lawyerrusso@optonline.net,
               deannabuss@gmail.com
              Denise E. Carlon    on behalf of Creditor   Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```